

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00041-CR

| | | |
|---|---|---|
| KIMBERLY ANN STULL, Appellant | § | On Appeal from Criminal District Court |
| | § | No. 2 |
| | § | of Tarrant County (1674766) |
| V. | § | October 9, 2025 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment revoking Stull's probation on Count One[1] but that there was error in the judgment revoking Stull's probation on Count Two. Accordingly, we affirm the revocation judgment on Count One. We modify the revocation judgment on Count Two to reflect that Stull was convicted of a third-

---

[1]Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in our memorandum opinion of even date herewith.

degree felony and to reflect a prison sentence of two years instead of five years.  We

affirm the revocation judgment on Count Two as modified.

                                    SECOND DISTRICT COURT OF APPEALS


                                    By /s/ Dana Womack
                                        Justice Dana Womack